UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDGAR BANDERAS-ALVAREZ,<br><br>    Defendant. | Case No. 18CR-4915-LAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 12-12-18

_____
HONORABLE LARRY ALAN BURNS
United States District Judge